UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EDDIE ELLIS, III,	Civ. No. 04-3355(JRT/RLE)

Petitioner,

vs.	**ORDER**

LISA J.W. HOLLINGSWORTH,
Warden

Respondent.

Eddie Ellis, III, #11921-026, Federal Correctional Institution, Unit B, P.O. Box 1000, Sandstone, Minnesota  55072, *pro se* petitioner

Erika Monzangue, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 U.S. Courthouse, 300 South Fourth Sreet, Minneapolis, Minnesota 55415, for respondent.

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files and records in this case, and on the fact that no objections have been filed to the Report and Recommendation,

**IT IS HEREBY ORDERED** that:

That the Petitioner's Application for Habeas Corpus Relief under Title 28 U.S.C. §2241 [Docket No. 1] is dismissed.

DATED: June 2, 2005
at Minneapolis, Minnesota	       s/John R. Tunheim       
	JOHN R. TUNHEIM
	United States District Judge